**Motion Granted; Order filed July 15, 2014.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00424-CV**

_____

## IN THE INTEREST OF A.J.E.M-B., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-02991J**

---

## O R D E R

The clerk's record was filed June 11, 2014. Appellant R.M. requests supplementation of the record. *See* Tex. R. App. P. 34.5(c). We **GRANT** the motion and issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **July 28, 2014**, containing the following documents:

1. Appointment Order filed in the trial Court on June 23, 2014;

2. Nunc Pro Tunc Order Appointing Appellate Counsel signed by the trial court on July 2, 2014; and

3. Appellant's Request for Supplemental Clerk's Record filed in the trial court on July 11, 2014.


PER CURIAM